**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                        |   | CIVIL ACTION NOS. |
|------------------------|---|-------------------|
|                        | : |                   |
| WEYANT                 | : | 02-3886           |
| GOODMAN                | : | 02-3910           |
| MARRA, et al.          | : | 02-3913           |
| FREDERICKSEN           | : | 02-3948           |
| FRANCIS                | : | 02-3967           |
| SPACCAMONTI            | : | 02-3971           |
| STETZENBACK            | : | 02-3978           |
| CLEMENT, et al.        | : | 02-4031           |
| CLEMENT, et al.        | : | 02-4032           |
| HARCOURT, et al.       | : | 02-4128           |
| WAGE, et al.           | : | 02-4169           |
| NUNNERY, et al.        | : | 02-4173           |
| JOHNSON, et al.        | : | 02-4216           |
| BLAIR, et al.          | : | 02-4223           |
| CASTO, et al.          | : | 02-4228           |
| ZAMBRANO, et al.       | : | 02-4276           |
| FOSS, et al.           | : | 02-4286           |
| BURKE-SHERMAN, et al.  | : | 02-4366           |
|                        | : |                   |
| VS.                    | : |                   |
|                        | : |                   |
| BAYER CORPORATION, *et al.* | : |               |

**O R D E R**

      **AND NOW,** this       day of July, 2002, the Court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    [    ]   -     Order staying these proceedings pending disposition of a related action.

    [    ]   -     Order staying these proceedings pending determination of arbitration proceedings.

    [    ]   -     Interlocutory appeal filed.

    [  X  ]   -     Other: Case is placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring the case to the District of Minnesota.

It is

**ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____

**Ronald L. Buckwalter, Judge**