IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FRANK MARRA and CAROLYN MARRA    :
                             :    CIVIL ACTION NO. 02-CV-3913
          Plaintiffs,    :
                             :
     v.    :
                             :
BAYER CORPORATION;    :    ENTRY OF APPEARANCE
BAYER AG;    :
GLAXOSMITHKLINE, PLC;    :
GLAXOSMITHKLINE;    :
SMITHKLINE BEECHAM    :
                             :
          Defendants.    :

## ENTRY OF APPEARANCE

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____
Hope S. Freiwald

_____
Aline Fairweather

_____
Alison T. Conn

_____
Kirstin J. Miller

Dated:  August 19, 2002

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000