IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANK MARRA and CAROLYN MARRA | : | |
| | : | CIVIL ACTION NO. 02-CV-3913 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,


_____  _____
Hope S. Freiwald                                 Aline Fairweather



_____  _____
Alison T. Conn                                      Kirstin J. Miller



Dated:  August 19, 2002              DECHERT PRICE & RHOADS
                                                     4000 Bell Atlantic Tower
                                                     1717 Arch Street
                                                     Philadelphia, PA  19103-2793
                                                     (215) 994-4000